MICHAEL S. LAWSON (SBN 048172)
City Attorney
JUSTIN NISHIOKA (SBN 278207)
Assistant City Attorney
CITY OF HAYWARD
777 B Street, 4th Floor
Hayward, CA 94541-5007
Tel: (510) 583-4450
Fax: (510) 583-3660

Attorneys for Defendants,
CITY OF HAYWARD, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DECORYAN WARNER, an individual,<br><br>       Plaintiffs,<br><br>v.<br><br>CITY OF HAYWARD, a municipal corporation; MICHAEL CRISTOL, individually and in his capacity as an officer for the Hayward Police Department; THOMAS SPILLNER, individually and in his capacity as an officer for the Hayward Police Department; JUSTIN FERREYRA, individually and in his capacity as an officer for the Hayward Police Department; ROBERT MARTINEZ, individually and in his capacity as an officer for the Hayward Police Department; MICHAEL NGUYEN, individually and in his capacity as an officer for the Hayward Police Department; TREVOR VONNEGUT, individually and in his capacity as an officer for the Hayward Police Department; MUSA ABEDRABBO, individually and in his capacity as an officer for the Hayward Police Department; CHRISTOPHER SUZUKI, individually and in his capacity as an officer for the Hayward Police Department; BRANDON TONG, individually and in his capacity as an officer for the Hayward Police Department; RAYMOND SISSON, individually and in his capacity as an officer for the Hayward Police Department; JEFFREY SNELL, individually and in his capacity as an officer for the Hayward Police | Case No. CV 15-01402-LB<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE MANDATORY SETTLEMENT CONFERENCE |

1  Department; and DOES 1-10, inclusive,
   individually, jointly and severally,

2
                    Defendants.

3

4         The parties to the above-captioned action, through their respective counsel, hereby

5  stipulate to continue the mandatory settlement conference currently scheduled for September 21,

6  2015 at 11 a.m. in with the Honorable Kandis Westmore.  The grounds for this stipulation are

7  that Defendants' counsel has a conflict on that date.

8

9  SO STIPULATED.

10

11

12 DATED:     September 10, 2015          The Law Offices of John L. Burris

13

14                                 By:    _____/s/_____

15                                        Dewitt M. Lacy, Esq.,
                                          Attorney for Plaintiff DECORYAN WARNER

16

17

18 DATED:     September 10, 2015          MICHAEL S. LAWSON, City Attorney

19

20                                 By:    _____/s/_____

21                                        Justin Nishioka, Deputy City Attorney
                                          Attorneys for Defendant CITY OF HAYWARD,
22                                        ET AL.

23

24

25

26

27

28

**ORDER**

Pursuant to the stipulation of the parties herein, IT IS HEREBY ORDERED that the mandatory

settlement conference currently scheduled for September 21, 2015, be continued to

  November 20, 2015                                        , with the Honorable Kandis Westmore.


IT IS SO ORDERED.

DATED:        9/11          , 2015

                                        By:        _Kandis Westmore_____

                                                    UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF ALAMEDA

I am over the age of 18 and not a party to the within action; my business address is 777 B Street, 4th Floor, Hayward, CA 94541.  I am employed in Alameda County, California.

On September 10, 2015, I served the following document(s) on the interested parties in this action by sending true copies as shown below for service as designated below:

John L. Burris, Esq.
Dewitt M. Lacy, Esq.
The Law Offices of John L. Burris
7677 Oakport Street, Suite 1120
Oakland, CA  94621
**Attorney for Decoryan Warner**

[]       (BY PERSONAL SERVICE) I personally delivered by hand to the addressee(s) at the locations noted above.

[X]       (BY U.S. MAIL)  I am readily familiar with this business' practice for collection and processing of correspondence for mailing, and that correspondence will be enclosed in a sealed envelope with postage fully prepaid and deposited with the U.S. Postal Service on the date herein above in the ordinary course of business at Hayward, California.

[]       (BY FACSIMILE TRANSMISSION) Based on an agreement of the parties to accept service by fax transmission, I faxed the document(s) to the person(s) listed above.  No error was reported by the fax machine that I used.  A copy of the record of the fax transmission, which I printed out, is attached.

[]       (STATE)  Under the laws of the State of California.

[X ]       (FEDERAL)  I declare that I am employed in the office of a member of the bars of this Court at whose direction the service was made.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

Executed on September 10, 2015, at Hayward, California.

_____
Alfred Martini