| | |
|---|---|
| 1 | MICHAEL S. LAWSON (SBN 048172) |
| | City Attorney |
| 2 | JUSTIN NISHIOKA. (SBN 278207) |
| | Deputy City Attorney |
| 3 | CITY OF HAYWARD |
| | 777 B Street, 4th Floor |
| 4 | Hayward, CA 94541-5007 |
| | Tel: (510) 583-4458 |
| 5 | Fax: (510) 583-3660 |
| 6 | Attorneys for Defendants, |
| | CITY OF HAYWARD, et al. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 12 | DECORYAN WARNER, an individual, | **Case No. CV 15-01402-LB** |
| 13 | Plaintiffs, | |
| 14 | v. | [PROPOSED] ORDER GRANTING DEFENDANT OFFICERS FROM ATTENDING DECEMBER 16, 2015 MANDATORY SETTLEMENT CONFERENCE |
| 15 | CITY OF HAYWARD, a municipal corporation; MICHAEL CRISTOL, individually and in his capacity as an officer for the Hayward Police Department; THOMAS SPILLNER, individually and in his capacity as an officer for the Hayward Police Department; JUSTIN FERREYRA, individually and in his capacity as an officer for the Hayward Police Department; ROBERT MARTINEZ, individually and in his capacity as an officer for the Hayward Police Department; MICHAEL NGUYEN, individually and in his capacity as an officer for the Hayward Police Department; TREVOR VONNEGUT, individually and in his capacity as an officer for the Hayward Police Department; MUSA ABEDRABBO, individually and in his capacity as an officer for the Hayward Police Department; CHRISTOPHER SUZUKI, individually and in his capacity as an officer for the Hayward Police Department; BRANDON TONG, individually and in his capacity as an officer for the Hayward Police Department; RAYMOND SISSON, individually and in his capacity as an officer for the Hayward Police Department; JEFFREY SNELL, individually and in his capacity as an officer for the Hayward Police | CMC Date: July 2, 2015 Time: 11:00AM Courtroom: C, 15th Floor 450 Golden Gate Ave. San Francisco, CA 94102 Assigned to the Honorable Laurel Beeler |

---

Warner v. City of Hayward, et al.(LB)
USDC Case No. 15-CV-01402                    -1-                    [Proposed] Order Granting Defendants' Request
                                                                    to Excuse Defendant Officers from Attending
                                                                    the December 16, 2015, Settlement Conference

1  Department; and DOES 1-10, inclusive, individually, jointly and severally,
2
3            Defendants.
4
5
6       The parties in this matter have a Mandatory Settlement Conference scheduled for
7  December 16, 2015.  Pursuant to the ADR Local Rules, Local Rule 6-10(a) all parties and their
8  counsel are required to be in attendance, unless otherwise excused.  Having reviewed
9  Defendants' letter request that the Defendant officers be excused from attending the Settlement
10 Conference, considered all facts related to said request, and for good cause showing, the
11 Defendants' request to excuse the named Defendant officers from attending the December 16,
12 2015, settlement conference is GRANTED.  The parties are reminded that settlement conference statements are due 10 days before the settlement conference date.
13
14      IT IS SO ORDERED:
15
16 DATED: 12/03         , 2015        By: /s/ Kandis Westmore
                                          HONORABLE KANDIS WESTMORE
17
18
19
20
21
22
23
24
25
26
27
28

---

Warner v. City of Hayward, et al.(LB)
USDC Case No. 15-CV-01402        -2-        [Proposed] Order Granting Defendants' Request to Excuse Defendant Officers from Attending the December 16, 2015, Settlement Conference