JOHN L. BURRIS, Esq. (SBN 69888)
DeWITT M. LACY, Esq. (SBN 258789)
**THE LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Center
7677 Oakport St., Suite 1120
Oakland, CA 94621
T: (510) 839-5200
F: (510) 839-3882
john.burris@johnburrislaw.com
dewitt.lacy@johnburrislaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT

| | |
|---|---|
| DECORYAN WARNER,<br>                    Plaintiff,<br>     vs.<br>CITY OF HAYWARD, et al,<br><br>                    Defendants. | Case No.: 3:15-cv-01402-LB<br><br>**NOTICE OF SETTLEMENT** |

TO THE COURT AND ALL COUNSEL OF RECORD:

Plaintiff DECORYAN WARNER, by and through his attorneys, Law Office of John L. Burris, hereby serves notice that on December 16, 2015, the parties settled all claims. Plaintiff requests that all pending court dates and deadlines, including the case management conference, settlement conference, pretrial conference and trial, be vacated. Plaintiff anticipates

that the settlement of this case should be finalized within sixty days or less, at which time this matter may be dismissed.

Dated:  December 21, 2015                    **LAW OFFICES OF JOHN L. BURRIS**


                                                By:  */s/ DeWitt M. Lacy*
                                                     DeWitt M. Lacy
                                                     Attorney for Plaintiff
                                                     DECORYAN WARNER