JOHN L. BURRIS, Esq. (SBN 69888)
DeWITT M. LACY, Esq. (SBN 258789)
**THE LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile:  (510) 839-3882
dewitt.lacy@johnburrislaw.com

Attorneys for Plaintiff
DECORYAN WARNER

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DECORYAN WARNER, an individual,<br><br>                                Plaintiff,<br>         vs.<br><br>CITY OF HAYWARD, a municipal corporation; MICHAEL CRISTOL, individually and in his capacity as an officer for the Hayward Police Department; THOMAS SPILLNER, individually and in his capacity as an officer for the Hayward Police Department; JUSTIN FERREYRA, individually and in his capacity as an officer for the Hayward Police Department; ROBERT MARTINEZ, individually and in his capacity as an officer for the Hayward Police Department; MICHAEL NGUYEN, individually and in his capacity as an officer for the Hayward Police Department; TREVOR VONNEGUT, individually and in his capacity as an officer for the Hayward Police Department; MUSA ABEDRABBO, individually and in his capacity as an officer for the Hayward Police Department; CHRISTOPHER SUZUKI, individually and in his capacity as an officer for the Hayward Police Department; BRANDON TONG, individually and in his capacity as an officer for the Hayward Police Department; RAYMOND SISSON, individually and in his capacity as an officer for the Hayward Police Department; JEFFREY SNELL, individually and in his capacity as an | Case No.: 3:15-cv-01402-LB<br><br>**MOTION FOR VOLUNTARY DISMISSAL AND [PROPOSED] ORDER** |

officer for the Hayward Police Department and DOES 1-10, inclusive, individually, jointly and severally,

                Defendants.

In accordance with Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiff DECORYAN WARNER hereby voluntarily dismisses Defendants THE CITY OF HAYWARD; MICHAEL CRISTOL; THOMAS SPILLNER; JUSTIN FERREYRA; ROBERT MARTINEZ; MICHAEL NGUYEN; TREVOR VONNEGUT; MUSA ABEDRABBO; CHRISTOPHER SUZUKI; BRANDON TONG; RAYMOND SISSON; JEFFREY SNELL; and DOES 1-10. The parties have reached a settlement agreement and dismissal should be granted pursuant to Federal Rule of Civil Procedure 41(a)(2).

Dated:  February 10, 2016　　　　　　　**THE LAW OFFICES OF JOHN L. BURRIS**

                                            By  */s/DeWitt M. Lacy*
                                                DeWitt M. Lacy
                                                Attorney for Plaintiff
                                                DECORYAN WARNER

Dated: February 10, 2016　　　　　　　MICHAEL S. LAWSON, City Attorney

                                            By:  *\*/s/*
                                              Justin Nishioka, Deputy City Attorney
                                              Attorneys for Defendant CITY OF
                                              HAYWARD, ET AL.
                                              *Mr. Nishioka has given his permission for
                                              this document to be electronically filed.

**The Law Offices of John L. Burris**
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200

MOTION FOR VOLUNTARY DISMISSAL AND [~~PROPOSED~~] ORDER　　　3:15-cv-01402-LB

2

**[PROPOSED] ORDER**

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiff DECORYAN WARNER's Motion for Voluntary Dismissal is granted. The action is herewith ordered dismissed.

IT IS SO ORDERED.

Dated: February  12 , 2016                              _____
                                                         HONORABLE LAUREL BEELER